IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DANIEL WALKER, On behalf of himself
and all others similarly situated**                                                            **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 4:09CV103 A - S**

**PROGRESSIVE GULF INSURANCE
COMPANY**                                                                                    **DEFENDANT**

## AGREED ORDER EXTENDING DISCOVERY DEADLINE

**BEFORE THE COURT** is the joint motion *ore tenus* of the parties for an extension of the discovery deadline. Upon consideration of the motion and being fully-advised in the premises, the Court finds good cause exists to extend the deadline as requested.

IT IS, THEREFORE, ORDERED that the discovery deadline shall be and hereby is re-set and extended until June 7, 2010.

SO ORDERED, this the 8th day of April, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

/s/ Ginny Y. Kennedy
GINNY Y. KENNEDY (MB: 102199)
C. MAISON HEIDELBERG (MB: 9559)
HEIDELBERG HARMON PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, Mississippi 39157
Phone: (601) 351-3335
Fax:    (601) 956-2090
*Attorneys for Progressive Gulf Insurance Company*

/s/ C.W. Walker III
C.W. WALKER III (MB: 6870)
LAKE TINDALL, LLP
P.O. Box 918
Greenville, MS 38702-0918
Phone: (662)378-2121
Fax: (662)378-2183
*Attorney for Plaintiff, Daniel Walker*